In the Matter of the Claim for Benefits under Article 18 of the Labor Law Made by MORRIS A. FRIEDMAN, Appellant. FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Application to prosecute appeal on typewritten record and brief granted and the time within which to perfect appeal is extended to

August 16, 1941. This decision is based upon the assumption that a proper appeal has been taken. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.